UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL MAGNAN,

        Plaintiff,

v.

BDA GROUP, LLC; CARVANA, LLC;
and BELMONT MOTOR SALES, LLC,[1]

        Defendants.
_____/

Case No. 24-cv-11738
Honorable Linda V. Parker

# ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BELMONT MOTOR SALES, LLC (ECF NO. 14)

This matter is before the Court on Plaintiff Paul Magnan's motion for default judgment against Defendant Belmont Motor Sales, LLC. (ECF No. 14.) The Court held a hearing on the motion on April 16, 2025, which Defendant did not attend. For the reasons stated on the record, the Court finds that Mr. Magnan is entitled to default judgment against Defendant Belmont Motor Sales, LLC for violation of the federal odometer fraud statute (the "Odometer Act"), 49 U.S.C. §§

---

[1] Upon stipulation by the parties, the Court dismissed all claims against Carvana, LLC with prejudice on January 16, 2025. (ECF No. 18.) On April 29, 2025, Mr. Magnan dismissed all his claims against BDA Group, LLC (d/b/a Best Deal Auto Sales 2). (ECF No. 24.)

1

32701-32711.  The Court has carefully reviewed the motion and the arguments of Mr. Magnan's counsel, and therefore, for the reasons stated on the record:

**IT IS HEREBY ORDERED** that Mr. Magnan's motion for default judgment against Defendant Belmont Motor Sales, LLC for violation of the Odometer Act (ECF No. 14) is **GRANTED**;

**IT IS FURTHER ORDERED** that judgment against Defendant Belmont Motor Sales, LLC is entered in favor of Mr. Magnan in the amount of $15, 075.92 for monetary damages and costs and reasonable attorney's fees arising out of odometer fraud.  This is a final order which closes this case.

**IT IS SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: May 6, 2025